

Case: 2:10cv6913  Doc: 103

Jacqueline Lechtholz-Zey
Fox Rothschild LLP
1800 Century Park East  Suite 300
Los Angeles, CA 90067

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<29819317@cacd.uscourts.gov>Subject:Activity in Case 2:10-cv-06913-CJC-AJW Leslie Hoffman v. Screen Actors Guild-Producers Pension Plan et al Deficiency in Electronically Filed Documents (G-112A) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 5/15/2020 at 8:57 AM PDT and filed on 5/15/2020

| | |
|---|---|
| **Case Name:** | Leslie Hoffman v. Screen Actors Guild-Producers Pension Plan et al |
| **Case Number:** | 2:10-cv-06913-CJC-AJW |
| **Filer:** | |
| **Document Number:** | 103 |

**Docket Text:**
**NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Motion for Reconsideration [101]. The following error(s) was/were found: Proposed order not submitted pursuant to Local Rule 52-4.1. A Word or Wordperfect version of the proposed order should also be emailed to the chambers generic email address. See Local Rule 5-4.4.1- Electronic Lodging of Proposed Orders. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. (iv)**

**2:10-cv-06913-CJC-AJW Notice has been electronically mailed to:**
Charles J Fleishman    erisa@erisarights.com
John Shaeffer    jshaeffer@foxrothschild.com, jochoa@foxrothschild.com, twang@foxrothschild.com

Paul A Fleishman    paulfleishman@gmail.com
Jeffrey Stephen Kravitz    aandersen@foxrothschild.com, clebrane@foxrothschild.com, jeffkravitz@foxrothschild.com, jdodds@foxrothschild.com, twang@foxrothschild.com
Henry Louis Whitehead    jochoa@foxrothschild.com, hwhitehead@foxrothschild.com
**2:10-cv-06913-CJC-AJW Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Javier C Rivera
Claims & General Litigation
Southern California Edison Company

2244 Walnut Grove Ave.
3rd Floor
Rosemead CA 91770
US
Jacqueline Lechtholz-Zey
Fox Rothschild LLP
1800 Century Park East Suite 300
Los Angeles CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| LESLIE HOFFMAN<br><br>Plaintiff(s), | 2:10-cv-06913-CJC-AJW |
| v.<br><br>SCREEN ACTORS GUILD-PRODUCERS<br>PENSION PLAN, et al.<br><br>Defendant(s). | **NOTICE TO FILER OF DEFICIENCIES IN<br>ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:  **5/14/2020**

Document Number(s):  **101**

Title of Document(s):  **Motion for Reconsideration**

**ERROR(S) WITH DOCUMENT:**

Proposed order not submitted pursuant to Local Rule 52-4.1. A Word or Wordperfect version of the proposed order should also be emailed to the chambers generic email address.

Other:

See Local Rule 5-4.4.1 – Electronic Lodging of Proposed Orders.

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: **May 15, 2020**          By: **/s/ Ingrid Valdes  ingrid_valdes@cacd.uscourts.gov**
                                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*