UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 09 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LESLIE HOFFMAN,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>SCREEN ACTORS GUILD-PRODUCERS PENSION PLAN, an ERISA Plan and SCREEN ACTORS GUILD-PRODUCERS HEALTH PLAN, an ERISA Plan,<br><br>        Defendants - Appellees. | No. 20-55534<br><br>D.C. No. 2:10-cv-06913-CJC-AJW<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered March 18, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7